Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
300 Lakeside Avenue, Suite 1000
Oakland, CA 94612
Ph: (510) 835-5203
Fax: (510) 835-5205
Email: maureen@mcfaddenlaw.net

Attorneys for Plaintiff
QUO VAT ESTELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **QUO VAT ESTELL,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**JOHN MCHUGH, Secretary, U.S. ARMY,**<br><br>　　　　**Defendant.** | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>　1. Interference with Family Leave Act (FMLA) Rights |

### **COMPLAINT**

Plaintiff QUO VAT ESTELL, by and through her attorney, Maureen E. McFadden of Law Offices of Maureen E. McFadden, complains against defendant JOHN KERRY, Secretary, U.S. Army, as follows:

### **JURISDICTION, VENUE AND JURY DEMAND**

1.  Plaintiff invokes the jurisdiction of this Court pursuant to 28 U.S.C. § 1331 and 29 U.S.C. 2615(a)-(b).

2. Plaintiff demands a trial by jury.

3. The acts complained of herein occurred within 2 years of the filing of this complaint, so that this action is timely.

4. Venue is proper in the Northern District of California, San Francisco Division, as the alleged acts occurred in San Francisco.

## THE PARTIES

5. Plaintiff Quo Vat Estell is an African-American female.  Plaintiff is and was a resident of Alameda County, California at all times relevant hereto.

6. Defendant, John McHugh, is Secretary of the U.S. Army, and was plaintiff's employer as to the claims alleged herein.

## CLAIM ONE – INTERFERENCE WITH FMLA RIGHTS

7. Plaintiff incorporates by reference the allegations of paragraphs 1-6 above.

8. Plaintiff is currently employed as a Human Resources Assistant for the U.S. Army, and has held this position for many years.

9. In 2012-2013, plaintiff was eligible for FMLA leave for both her own and her mother's serious health conditions.  Defendant knew she was eligible for such leave because of discussions between plaintiff and her supervisors and doctors' notes supplied by plaintiff.

10. The U.S. Army was an employer subject to the requirements of the FMLA, and it had a legal duty not to interfere with plaintiff's rights under the Act.

11. Defendants violated FMLA and interfered with plaintiff's rights under the Act by, among other things:

    a. Failing to provide timely notice to plaintiff of her rights under the Act;

    b. Disciplining plaintiff for taking time off, despite the fact that the time at issue was entitled to protection under FMLA.

    c. Criticizing plaintiff for taking protected time off; and

    d. Making adverse employment decisions about plaintiff based in whole or part on her use of FMLA.

12. Because of defendant's conduct, plaintiff has suffered loss of wages, employment benefits, and other economic damages.

13. In addition, plaintiff has suffered mental anguish and emotional distress and is entitled to an award of compensatory damages.

14. Plaintiff is also entitled to reasonable attorneys' fees and her costs of suit.

WHEREFORE, plaintiff QuoVat Estell prays that this Court enter judgment in her favor and against defendant and award the following relief:

    a.    Damages for loss of wages and benefits;

    b.    Damages for emotional distress;

    c.    Reasonable attorneys' fees and costs of suit; and

    d.    Any other and further relief as this Court deems just.

DATED: September 22, 2015   LAW OFFICES OF MAUREEN E. MCFADDEN

By: _____
    Maureen E. McFadden

Attorneys for Plaintiff
QUO VAT ESTELL