1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2

3  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division

4  ANN MARIE REDING (CABN 226864)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-3618
7      FAX: (415) 436-6748
       annie.reding@usdoj.gov
8
   Attorneys for Defendant

*GRANTED* — Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUO VAT ESTELL, | Case No.: 3:15-cv-04898-MEJ |
| Plaintiff, | |
| v. | **STIPULATION ALLOWING DEFENDANT LEAVE TO FILE AMENDED MOTION TO DISMISS** |
| JOHN MCHUGH, SECRETARY, U.S. ARMY, | |
| Defendant. | |

**P**laintiff Quo Vat Estell ("Plaintiff") and Defendant Eric K. Fanning, Secretary, United States Army ("Defendant"), by and through their respective counsel, make the following representations and stipulate and agree as follows:

1.  On May 31, 2016, Defendant filed a motion to dismiss Plaintiff's First Amended Complaint. Dkt. No. 15.

2.  On June 3, 2016, Defendant contacted Plaintiff and indicated that there is a factual error in Defendant's motion which, once corrected, will eliminate one argument made in the motion. Specifically, Plaintiff received her Notice of Right to File a Formal Complaint of Discrimination by certified mail on April 1, 2014. Defendant's motion currently states that Plaintiff received the Notice document on March 26, 2014, as indicated in the Equal Employment Opportunity ("EEO") Counselor's

report, which is an error.  Defendant wishes to withdraw the argument that Plaintiff's Formal EEO complaint was untimely filed.  *See* Dkt. No. 15 at Section III(C)(1).

3. Based on the foregoing, the parties stipulate and agree that Defendant may file an amended motion to dismiss on June 3, 2016 correcting the above-referenced fact and withdrawing the affected argument.  Defendant will not add any new argument to the amended motion.

4. Plaintiff will have the requisite fourteen days to oppose the amended motion, and Defendant will have seven days to respond.

5. The parties stipulate and agree to a July 14, 2016 hearing date for the amended motion.

DATED: June 3, 2016                                   Respectfully submitted,

   /s/ Maureen E. McFadden
MAUREEN E. McFADDEN
Counsel for Plaintiff

DATED: June 3, 2016                                   Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

   /s/ Ann Marie Reding[1]
ANN MARIE REDING
Assistant United States Attorney
Attorneys for Defendant

---

[1] I, Ann Marie Reding, hereby attest that I obtained the concurrence in the filing of this document of all signatories whose signatures are represented by /s/.

STIPULATION RE MTD
3:15-cv-04898-MEJ                                             2