United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUO VAT ESTELL,

          Plaintiff,

    v.

JOHN MCHUGH,

          Defendant.

Case No.  15-cv-04898-MEJ

**ORDER RE: CHAMBERS COPIES**

Re: Dkt. No. 18

Pending before the Court is Defendant's Motion to Dismiss.  Dkt. No. 18.  Chambers copies shall be submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders.  *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James.  ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

     **IT IS SO ORDERED.**

Dated: June 6, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge