UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUO VAT ESTELL,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN MCHUGH,<br><br>        Defendant. | Case No. 15-cv-04898-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on July 7, 2016. However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: June 14, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge