UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUO VAT ESTELL,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN MCHUGH,<br><br>    Defendant. | Case No. 15-cv-04898-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 18 |

This matter is currently scheduled for a hearing on July 14, 2016 regarding Defendant's Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the July 14, 2016 hearing. The matter is deemed under submission.

**IT IS SO ORDERED.**

Dated: July 11, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge