Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Ph: (510) 835-5203
Fax: (510) 835-5205
Email: maureen@mcfaddenlaw.net

Attorney for Plaintiff
QUO VAT ESTELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUO VAT ESTELL,<br><br>   Plaintiffs,<br><br>vs.<br><br>JOHN MCHUGH,<br><br>   Defendant. | Case No.: 15-cv-04898-MEJ<br><br>**REVISED STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DEADLINES FOR RESPONSE AND REPLY BRIEFS ON MOTION TO DISMISS** |

  Plaintiff Quo Vat Estell ("Plaintiff") and Defendant Eric K. Fanning, Secretary, United States Army ("Defendant"), by and through their respective counsel, make the following representations and stipulate and agree as follows:

  1. Defendants' Motion to Dismiss is currently set for hearing on December 1, 2016, and the response and reply briefs were due October 4, 2016 and October 11, 2016, respectively.

  2. Plaintiff's counsel was extremely busy with depositions and an upcoming trial, all of which was calendared prior to the motion to dismiss. Additionally, plaintiff's counsel was seeking documentation not then in her possession needed for the opposition to this motion.

3. The parties previously agreed to mutually extend the deadlines for the parties to submit their respective response and reply briefs, although the Court did not sign that stipulation.

4. On the previously scheduled extended due date for plaintiff's response brief, plaintiff's counsel's toddler son suffered a significant injury which has required Ms. McFadden to be absent from work for much of the past week.

5. The parties agree that plaintiff and defendant should have a further extension to file her response brief, and defendant two additional weeks from the date of plaintiff's response brief to file the reply brief.

6. The parties agree that plaintiff should have until October 17, 2016 to file her response brief, and defendants until October 31 to file a reply brief. While the hearing date for this motion is not until December 1, 2016, both parties agree to a continuance of the motion hearing at the Court's convenience if necessary due to the requested extensions of time for filing the response and reply briefs.

DATED: October 15, 2016        LAW OFFICES OF MAUREEN E. MCFADDEN

By: _____
Maureen E. McFadden

Attorney for Plaintiff
QUO VAT ESTELL

DATED: October 15, 2016        ERIC K. FANNING

By: // ss //
Julie Davis

Assistant United States Attorney
Attorney for Defendants

STIPULATION - 2

## [PROPOSED] ORDER

Plaintiff and Defendant's Stipulation and Proposed Order To Continue Deadlines on Motion to Dismiss is hereby **GRANTED**. The Motion to Dismiss set for December 1, 2016 will remain on calendar as previously scheduled. The deadlines for the response and reply briefs are also each extended from their original deadlines, such that plaintiff's response is now due October 17, 2016, and defendant's reply is now due October 31, 2016.

Date: October 18, 2016

HON. MARIA-ELENA JAMES
United States Magistrate Judge