UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| QUO VAT ESTELL, | |
|---|---|
| Plaintiff, | Case No. 15-cv-04898-MEJ |
| v. | **CONDITIONAL DISMISSAL** |
| JOHN MCHUGH, | |
| Defendant. | |

The Court having been advised that the parties have agreed to a settlement of this case, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. However, if any party hereto shall certify to this Court, within thirty (30) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed after passage of thirty (30) days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED.**

Dated: January 18, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge