ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE BIBB DAVIS (CABN 184957)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7066
    FAX: (415) 436-7169
    Julie.Davis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUO VAT ESTELL,<br><br>    Plaintiff,<br><br>v.<br><br>MARK T. ESPER, SECRETARY, U.S. ARMY,<br><br>    Defendant. | Case No.: 3:15-cv-04898-MEJ<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Judge: Hon. Maria-Elena James<br>Courtroom: Courtroom B, 15th Floor |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Quo Vat Estell and Defendant Mark T. Esper, Secretary, U.S. Army, by and through their undersigned counsel, and pursuant to settlement, hereby stipulate to dismiss in its entirety the above-captioned action with prejudice, including all claims that were asserted therein, and without costs or fees to either party. Each party will bear its own costs, expenses, and fees, with the Court expressly not retaining jurisdiction over the above-captioned action, the settlement thereof, or the Defendant.

IT IS SO STIPULATED.

Dated: March 2, 2018

    Respectfully submitted,

    ALEX G. TSE
    Acting United States Attorney

    /s/ *Julie Bibb Davis*
    JULIE BIBB DAVIS
    Assistant United States Attorney
    Counsel for Defendant

    /s/ *Maureen McFadden*
    MAUREEN MCFADDEN
    Counsel for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: __March 6, 2018__       _____
    HONORABLE MARIA-ELENA JAMES
    UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
C 15-04898 MEJ